NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WALLACE OENGA, GEORGENE SHUGLUK, LEROY OENGA, SR., MICHAEL DELIA, TONY DELIA, JOSEPH DELIA, JENNIE MILLER AND TRINITY DELIA,**
*Plaintiffs-Appellants,*

v.

**UNITED STATES,**
*Defendant-Cross Appellant,*

AND

**BP EXPLORATION (ALASKA) INC., CHEVRON U.S.A. INC., CONOCOPHILLIPS ALASKA, INC., AND EXXONMOBIL ALASKA PRODUCTION INC.,**
*Defendant-Cross Appellants,*

AND

**FOREST OIL CORPORATION AND KUUKPIK CORPORATION,**
*Defendants.*

---

2011-5074, -5077, -5078

---

Appeals from the United States Court of Federal Claims in case no. 06-CV-491, Judge Nancy B. Firestone.

---

## ON MOTION

---

## O R D E R

Wallace Oenga, et al. move for a 60-day extension of time, until August 1, 2011, to file their brief and for an extension of time, until June 7, 2011 to file their appendix designations due to settlement negotiations.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__JUN 15 2011__
Date

/s/ Jan Horbaly
Jan Horbaly.
Clerk

cc:  Raymond C. Givens, Esq.
     Bruce E. Falconer, Esq.
     James E. Torgerson, Esq.
     Robert P. Stockman, Esq.
s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUN 15 2011

**JAN HORBALY**
**CLERK**